UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| RICHARD BLAIR,<br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY[1]<br>Commissioner of Social Security,<br><br>    Defendant. | No: 5:23-cv-01553-SSC<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND EIGHT HUNDRED AND FIFTEEN DOLLARS AND 04/100 ($5,815.04) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: September 30, 2024

_____
HON. STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

---

[1] Commissioner Martin J. O'Malley is substituted for his predecessor as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).

-1-